UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

UNITED STATES OF AMERICA,
ex rel. RAMESH GUDUR

       Plaintiff/Relator/Judgment Debtor,

v.

DELOITTE CONSULTING LLP

       Defendant/Judgment Creditor.

CASE NO. 2:07-MC-31-FTM-34DNF

Registration & Enforcement of
Other District's Judgment, 28 U.S.C. §
1963

## DEFENDANT/JUDGMENT CREDITOR DELOITTE CONSULTING LLP'S *EX PARTE* MOTION FOR WRIT OF EXECUTION

Defendant/Judgment Creditor Deloitte Consulting LLP ("Deloitte"), pursuant to Fed.
R. Civ. P. 69(a) and Fla. R. Civ. P. 1.550(a), moves this Court to issue a writ of execution to
enforce the judgment of the United States District Court for the Southern District of Texas,
and in support thereof states as follows:

### FACTUAL BACKGROUND

1.      On April 5, 2000, Ramesh Gudur ("Gudur") filed a *qui tam* action under the
False Claims Act, 31 U.S.C. § 3729, *et seq.* in the United States District Court for the
Southern District of Texas against multiple defendants, including Deloitte. *See*
Memorandum Opinion and Order at 1, attached hereto as **Exhibit 1**. By March 15, 2007,
only Gudur's claims against Deloitte remained in the case. *See id.* at 2.

2.      On March 15, 2007, The Honorable Sim Lake of the Southern District of
Texas granted Deloitte's motion for summary judgment on Gudur's claims against Deloitte
in a Memorandum Opinion and Order. *See id.* at 1, 53-82, 83. In accordance with its

Memorandum Opinion and Order, the Court dismissed Gudur's action with prejudice. *See* Final Judgment, attached hereto as **Exhibit 2**. The Court further provided that "Costs will be taxed against the plaintiff." *Id.*

3.    On May 14, 2007, the Court entered its Order on Bill of Costs, where it awarded Deloitte $75,190.57 in costs against Gudur. *See* Order on Bill of Costs at 1, 18, attached hereto as **Exhibit 3**. On June 11, 2007, Gudur filed a Notice of Appeal, where he appealed to the United States Court of Appeals for the Fifth Circuit the District Court's Order on Bill of Costs. *See* Notice of Appeal at 1, attached hereto as **Exhibit 4**.

4.    On July 17, 2007, the Fifth Circuit dismissed Gudur's appeal of the District Court's judgment awarding Deloitte costs. *See* Order Dismissing Appeal at 1, attached hereto as **Exhibit 5**. On July 20, 2007, the Clerk for the Fifth Circuit filed in the District Court a certified copy of the Fifth Circuit's judgment dismissing Gudur's appeal. The Fifth Circuit's judgment issued as its mandate. *See* July 17, 2007 Letter from Deputy Clerk for the U.S. Court of Appeals, Fifth Circuit, to Clerk for the Southern District of Texas at 1, attached hereto as **Exhibit 6**.

5.    On July 25, 2007, the Clerk for the Southern District of Texas certified the Court's Order on Bill of Costs awarding Deloitte $75,190.57 as a judgment for registration in another district. *See* Certification of Judgment for Registration in Another District, filed August 7, 2007 **[D.E. 1]**, at 1. On August 7, 2007, pursuant to 28 U.S.C. § 1963, Deloitte registered the Order on Bill of Costs in this Court. *See id.*

6.    Deloitte is filing an *ex parte* motion for continuing writ of garnishment simultaneously herewith.

CASE NO. 2:07-MC-31-FTM-34DNF

## ARGUMENT & AUTHORITIES

7.       As a result of registering the Order on Bill of Costs in this District, it "shall

have the same effect as a judgment of [the Middle District of Florida] and may be enforced in

like manner." 28 U.S.C. § 1963.  Fed. R. Civ. P. 69(a) provides in relevant part:

> Process to enforce a judgment for the payment of money shall be a
> writ of execution, unless the court directs otherwise.  The procedure
> on execution, in proceedings supplementary to and in aid of a
> judgment, and in proceedings on and in aid of execution shall be in
> accordance with the practice and procedure of the state in which the
> district court is held, existing at the time the remedy is sought,
> except that any statute of the United States governs to the extent
> that it is applicable.

Thus, Florida law governs the procedure on execution, except where a federal statute applies.

8.       Deloitte has a lien on all of Gudur's personal property subject to execution in

Florida.  28 U.S.C. § 1962 provides in relevant part:

> Every judgment rendered by a district court within a State shall be a
> lien on the property located in such State in the same manner, to the
> same extent and under the same conditions as a judgment of a court
> of general jurisdiction in such State, and shall cease to be a lien in
> the same manner and time.

Deloitte acquired a lien on Gudur's personal property subject to execution in Florida when it

filed a judgment lien certificate in accordance with Fla. Stat. § 55.201, *et seq.* on August 13,

2007.  *See* Certified Copy of Florida Judgment Lien Certificate, attached hereto as **Exhibit 7.**

9.       Moreover, Deloitte is entitled to post-judgment interest on its $75,190.57

judgment at the rate of 4.89%, computed daily and compounded annually, from the date of

the judgment – May 14, 2007.  *See* 28 U.S.C. § 1961(a), (b); Fla. Stat. § 55.03; Federal

Reserve Statistical Release H.15(519) Selected Interest Rates, dated May 14, 2007, at 2,

WHITE & CASE LLP   Wachovia Financial Center, Miami, Florida 33131-2352   Tel+ 1 305 371 2700

attached hereto as **Exhibit 8**. Deloitte is entitled to execute on Gudur's property to collect post-judgment interest. *See* 28 U.S.C. 1961(a); Fla. Stat. 55.03.

10.     Deloitte is entitled to a writ of execution under Florida law. Fla. R. Civ. P. 1.550(a) provides in relevant part: "Executions on judgments shall issue during the life of the judgment on the oral request of the party entitled to it or that party's attorney without praecipe."

11.     Gudur owns personal property subject to execution in Florida. Fla. Stat. § 56.061 provides that "goods and chattels . . . shall be subject to levy and sale under execution." Gudur is the registered owner of a 2004 Chevrolet Malibu, VIN # 1G1ZT64864F213337; and a 2004 Chrysler Pacifica, VIN # 2C8GM684X4R546022. Such property qualifies as either goods or chattels, and thus, is subject to execution.

12.     A form of writ of execution is attached hereto as **Exhibit 9**.

<u>**CONCLUSION**</u>

For all of the foregoing reasons, Defendant/Judgment Creditor Deloitte Consulting LLP respectfully requests the Court to issue the attached writ of execution.

Respectfully submitted,

  s/ James N. Robinson
Rudolph F. Aragon
Florida Bar No. 286249
E-mail: raragon@whitecase.com

James N. Robinson
Florida Bar No. 608858
E-mail: jrobinson@whitecase.com

Attorneys for Judgment Creditor Deloitte
Consulting LLP

4

WHITE & CASE LLP
Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2352
Telephone: (305) 371-2700
Fax: (305) 358-5744