IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| ex rel. RAMESH GUDUR, § | |
| § | |
| Plaintiff-Relator, § | |
| § | |
| v. § | CIVIL ACTION NO. H-00-1169 |
| § | |
| DELOITTE CONSULTING LLP, § | |
| § | |
| Defendant. § | |

### FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order denying Relator's motions for partial summary judgment and granting Defendant's Motion for Summary Judgment, this action is **DISMISSED with prejudice.**

Costs will be taxed against the plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this the 15th day of March, 2007.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE

# EXHIBIT 2