IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 1 2007

Michael N. Milby, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. RAMESH GUDUR, | § § § § | |
| Plaintiff and Plaintiff-Relator, | § § | CIVIL ACTION NO. H-00-1169 |
| v. | § § | |
| TEXAS DEPARTMENT OF HEALTH, ET AL., | § § § | |
| Defendants. | § | |

### NOTICE OF APPEAL

COMES NOW, RAMESH GUDUR, Plaintiff-Relator and files this Notice of Appeal as follows:

PLEASE TAKE NOTICE that the United States of America ex rel. Ramesh Gudur, Plaintiff-Relator in the above captioned case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Order on Bill of Costs entered in this action on the 14th day of May 2007.

Respectfully submitted,

THE KERENSKY LAW FIRM

Michael W. Kerensky
State Bar No. 11331500
The Kerensky Law Firm
5300 Memorial, Suite 950
Houston, Texas 77007
(713) 522-8686: Telephone
(713) 522-6925: Telecopier

ATTORNEYS FOR PLAINTIFF-RELATOR

# EXHIBIT 4

## CERTIFICATE OF SERVICE

    I, MICHAEL KERENSKY, hereby certify that I have forwarded a true and correct copy of the above and foregoing instrument to all opposing counsel, as reflect below, by facsimile, certified mail, return receipt requested, United States First Class Mail and/or hand delivery on this the 11th Day of June, 2007.

Kevin Aiman
U.S. Attorney's Office
P.O. Box 31129
Houston, TX 77208-1129
**Via Fax: 713-718-3303**
Attorney for Plaintiff United States

Robert C. Blume
Gibson, Dunn & Crutcher
1801 California Street, Suite 4200
Denver, Colorado 80202
**Via Fax: 303-313-2870**
Co-Counsel for Deloitte & Touche

Joseph R. Knight
Baker Botts, LLP
1500 San Jacinto Center
98 San Jacinto Boulevard
Austin, TX 78701
**Via Fax: 512-322-8322**
Attorney for Deloitte & Touche

F. Joseph Warrin
Gibson, Dunn & Crutcher
Washington Square
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
**Via Fax: 202-467-0539**
Co-Counsel for Deloitte & Touche

Evan Tilton
Gibson, Dunn & Crutcher
2100 McKinney Avenue, #1100
Dallas, Texas 75201
**Via Fax: 214-698-3400**

Patrick Zummo
Zummo & Midkiff, LLP
33 Clay, Suite 4500
Houston, Texas 77002
**Via Fax: 713-651-0597**

                                      Michael W. Kerensky