IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**
July 17, 2007

No. 07-20447

Charles R. Fulbruge III
Clerk

United States of America, ex rel, RAMESH GUDUR

　　　　Plaintiff - Appellant

v.

DELOITTE & TOUCHE

　　　　Defendant - Appellee

United States District Court
Southern District of Texas
FILED
JUL 20 2007
Michael N. Milby
Clerk of Court

------------------------
Appeal from the United States District Court for the
Southern District of Texas, Houston
------------------------

CLERK'S OFFICE:

　　　Under 5TH CIR. R. 42.3, the appeal is dismissed as of July 17, 2007, for want of prosecution. The appellant failed to timely order the transcript and make financial arrangements with court reporter.

　　　　　　　　　　　　　　CHARLES R. FULBRUGE III
　　　　　　　　　　　　　　Clerk of the United States Court
　　　　　　　　　　　　　　of Appeals for the Fifth Circuit

A true copy
Attest:
Clerk, U.S. ...... /Fifth Circuit
By [signature] 7/17/07
New Orleans, Louisiana

By: _____
　　Claudia Farrington, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

DIS-2

# EXHIBIT 5