# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

July 17, 2007

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

JUL 20 2007

Michael N. Milby, Clerk of Court

Mr Michael N Milby, Clerk
Southern District of Texas, Houston
United States District Court
Room 1217
515 Rusk Avenue
Houston, TX 77002

No. 07-20447 Gudur v. Texas Dept of Health
USDC No. 4:00-CV-1169

Enclosed is a certified copy of the judgment issued as the mandate.

Sincerely,
CHARLES R. FULBRUGE III, Clerk

By: _____
Claudia Farrington, Deputy Clerk
504-310-7706

cc: w/encl:
    Mr Michael W Kerensky
    Mr Joseph Robert Knight
    Mr F Joseph Warin

MDT-1

# EXHIBIT 6