# ELECTRONIC JUDGMENT LIEN CERTIFICATE

FOR PURPOSES OF FILING A JUDGMENT LIEN, THE FOLLOWING INFORMATION IS SUBMITTED IN ACCORDANCE WITH s. 55.203, F.S..

**JUDGMENT DEBTOR (DEFENDANT) NAME(S) AS SHOWN ON JUDGMENT LIEN:**

GUDUR, RAMESH
4836 WEST BOULEVARD
H
NAPLES, FL. 34103

**J07000252083**
FILED
Aug 13, 2007 08:00 A.M.
Secretary of State
LSHOFFSTALL

**JUDGMENT CREDITOR (PLAINTIFF) NAME AS SHOWN ON JUDGMENT LIEN OR CURRENT OWNER OF JUDGMENT IF ASSIGNED:**

DELOITTE CONSULTING LLP
1633 BROADWAY
NEW YORK, NY 10019
DOS DOCUMENT#: LLP040000201

NAME AND ADDRESS TO WHOM ACKNOWLEDGMENT/CERTIFICATION IS TO BE MAILED:

MANUEL A. GOMEZ
AGOMEZ@WHITECASE.COM

---

AMOUNT DUE ON MONEY JUDGMENT: 75,190.57
APPLICABLE INTEREST RATE: 4.89%
NAME OF COURT: SOUTHERN DISTRICT OF TEXAS
CASE NUMBER: H-00-1169
DATE OF ENTRY: 05/14/07
WAS A WRIT OF EXECUTION DOCKETED ON THIS JUDGMENT LIEN WITH ANY SHERIFF PRIOR TO OCTOBER 1, 2001?
   ( ) YES  (IF YES, A "CREDITOR AFFIDAVIT CERTIFICATION" FORM MUST BE ATTACHED TO THIS CERTIFICATE.)
   (X) NO

UNDER PENALTY OF PERJURY, I hereby certify that: (1) The judgment above described has become final and there is no stay of the judgment or its enforcement in effect; (2) All of the information set forth above is true, correct, current and complete; (3) I have not previously filed a Judgment Lien Certificate regarding the above judgment with the Department of State; and, (4) I have complied with all applicable laws in submitting this Electronic Judgment Lien Certificate for filing.

Electronic Signature of Creditor or Authorized Representative: S/ MANUEL A. GOMEZ

# EXHIBIT 7

# Judgment Lien Certificate

I certify the attached is a true and correct copy of the JUDGMENT LIEN CERTIFICATE, filed on August 13, 2007 reflecting RAMESH GUDUR as the judgment debtor(s), as shown by the records of this office.

The document number of this lien is J07000252083.

Authentication Code: 070813083825#1J07000252083



Given under my hand and the
Great Seal of the State of Florida
at Tallahassee, the Capital, this the
Thirteenth day of August, 2007

Kurt S. Browning
Secretary of State