DC 11
Rev. 7/82

# WRIT OF EXECUTION

| UNITED STATES DISTRICT COURT | DISTRICT Middle District of Florida |
|---|---|

| TO THE MARSHAL OF: The Middle District of Florida |
|---|

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME  Ramesh Gudur
4836 West Boulevard #H
Naples, Florida  34103

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | | DOLLAR AMOUNT |
|---|---|---|
| $75,190.57 (Seventy-Five Thousand One Hundred Ninety and 57/100 Dollars) | and | interest from May 14, 2007 at the rate of 4.89%, computed daily and compounded annually, from the date of the judgment -- May 14, 2007 |

in the United States District Court for the ____Middle____ District of Florida____,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

and also the costs that may accrue under this writ.
   And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE U.S. Marshal's Office | DISTRICT Middle District of Florida |
|---|---|
| CITY Ft. Myers, Florida | DATE |

Witness the Honorable

| DATE | CLERK OF COURT |
|---|---|
| | (BY) DEPUTY CLERK |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|

## EXHIBIT 9

Dockets.Justia.com