UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

UNITED STATES OF AMERICA,
ex rel. RAMESH GUDUR

        Plaintiff/Judgment Debtor,           CASE NO. 2:07-MC-31-FTM-34DNF

                                       Registration & Enforcement of
v.                                 Other District's Judgment, 28 U.S.C. § 1963

DELOITTE CONSULTING LLP

        Defendant/Judgment Creditor.

---

**CONTINUING WRIT OF GARNISHMENT**

THE MIDDLE DISTRICT OF FLORIDA
To the United States Marshal:

     YOU ARE COMMANDED to summon the garnishee, the Office of the Public Defender

of the Twentieth Judicial Circuit of Florida ("Garnishee"), whose address is 1700 Monroe Street,

Ft. Myers, Florida 33902, who is required to serve an answer to this writ on Rudolph F. Aragon,

Esq., attorney for Defendant/Judgment Creditor Deloitte Consulting LLP ("Deloitte"), whose

address is 200 South Biscayne Boulevard, Suite 4900, Miami, Florida, 33131, within 20 days

after service of this writ, exclusive of the day of service, and to file the original with the Clerk of

Court either before service on the attorney or immediately thereafter.

     The answer shall state whether Garnishee is the employer of Plaintiff/Judgment Debtor

Ramesh Gudur ("Gudur") and whether Garnishee is indebted to Gudur by reason of salary or

wages. Garnishee's answer shall specify the periods of payment (for example, weekly, biweekly,

or monthly) and amount of salary or wages and be based on Gudur's earnings for the pay period

during which this writ is served on Garnishee.

# EXHIBIT 3

During each pay period, a portion of Gudur's salary or wages as it becomes due shall be held and not disposed of or transferred until further order of this Court. The amount of salary or wages to be withheld for each pay period shall be made in accordance with the following paragraph. This writ shall continue until Deloitte's judgment is paid in full or until otherwise provided by Court order.

Federal law (15 U.S.C. §§ 1671 to 1673) limits the amount to be withheld from salary or wages to no more than 25% of any individual defendant's disposable earnings (the part of earnings remaining after the deduction of any amounts required by law to be deducted) for any pay period or to no more than the amount by which the individual's disposable earnings for the pay period exceed 30 times the federal minimum hourly wage, whichever is less.

For administrative costs, Garnishee may collect $5.00 against the salary or wages of Gudur for the first deduction and $2.00 for each deduction thereafter.  The total amount of the final judgment outstanding as set out in Deloitte's motion is $75,190.57 plus post-judgment interest at the rate of 4.89%, computed daily and compounded annually, from the date of the judgment – May 14, 2007.

FAILURE TO FILE AN ANSWER WITHIN THE TIME REQUIRED MAY RESULT IN THE ENTRY OF JUDGMENT AGAINST GARNISHEE FOR THE ABOVE TOTAL AMOUNT OF $75,190.57 plus post-judgment interest at the rate of 4.89%, computed daily and compounded annually, from the date of the judgment – May 14, 2007.

ORDERED at Ft. Myers, Florida, on _____, 2007.

Sheryl L. Loesch
As Clerk of the Court
By _____
As Deputy Clerk

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

UNITED STATES OF AMERICA,
ex rel. RAMESH GUDUR

       Plaintiff/Judgment Debtor,          CASE NO. 2:07-MC-31-FTM-34DNF

v.                               Registration & Enforcement of
                                   Other District's Judgment, 28 U.S.C. § 1963

DELOITTE CONSULTING LLP

       Defendant/Judgment Creditor.

_____

**NOTICE TO PLAINTIFF/JUDGMENT DEBTOR RAMESH GUDUR OF RIGHT
AGAINST GARNISHMENT OF WAGES, MONEY, AND OTHER PROPERTY**

TO: Plaintiff/Judgment Debtor Ramesh Gudur:

The Continuing Writ of Garnishment delivered to you with this Notice means that

wages, money, and other property belonging to you have been garnished to pay a court

judgment against you. HOWEVER, YOU MAY BE ABLE TO KEEP OR RECOVER

YOUR WAGES, MONEY, OR PROPERTY. READ THIS NOTICE CAREFULLY.

State and federal laws provide that certain wages, money, and property, even if deposited in a

bank, savings and loan, or credit union, may not be taken to pay certain types of court

judgments. Such wages, money, and property are exempt from garnishment. The major

exemptions are listed below on the form for Claim of Exemption and Request for Hearing,

attached hereto. This list does not include all possible exemptions. You should consult a

lawyer for specific advice.

TO KEEP YOUR WAGES, MONEY, AND OTHER PROPERTY FROM BEING GARNISHED, OR TO GET BACK ANYTHING ALREADY TAKEN, YOU MUST COMPLETE A FORM FOR CLAIM OF EXEMPTION AND REQUEST FOR HEARING AS SET FORTH BELOW AND HAVE THE FORM NOTARIZED. YOU MUST FILE THE FORM WITH THE CLERK'S OFFICE FOR THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA WITHIN 20 DAYS AFTER THE DATE YOU RECEIVE THIS NOTICE OR YOU MAY LOSE IMPORTANT RIGHTS. YOU MUST ALSO MAIL OR DELIVER A COPY OF THIS FORM TO THE DEFENDANT/JUDGMENT CREDITOR DELOITTE CONSULTING LLP ("DELOITTE") AND THE GARNISHEE OFFICE OF THE PUBLIC DEFENDER OF THE TWENTIETH JUDICIAL CIRCUIT OF FLORIDA AT THE ADDRESSES LISTED ON THE CONTINUING WRIT OF GARNISHMENT.

If you request a hearing, it will be held as soon as possible after your request is received by the court. Deloitte must file any objection within 3 business days if you hand delivered to Deloitte a copy of the form for Claim of Exemption and Request for Hearing or, alternatively, 8 business days if you mailed a copy of the form for claim and request to Deloitte. If Deloitte files an objection to your Claim of Exemption and Request for Hearing, the Clerk will notify you and the other parties of the time and date of the hearing. You may attend the hearing with or without an attorney. If Deloitte fails to file an objection, no hearing is required, the continuing writ of garnishment will be dissolved and your wages, money, or property will be released.

YOU SHOULD FILE THE FORM FOR CLAIM OF EXEMPTION

IMMEDIATELY TO KEEP YOUR WAGES, MONEY, OR PROPERTY FROM BEING

APPLIED TO THE COURT JUDGMENT. THE CLERK CANNOT GIVE YOU LEGAL

ADVICE. IF YOU NEED LEGAL ASSISTANCE YOU SHOULD SEE A LAWYER. IF

YOU CANNOT AFFORD A PRIVATE LAWYER, LEGAL SERVICES MAY BE

AVAILABLE. CONTACT YOUR LOCAL BAR ASSOCIATION OR ASK THE CLERK'S

OFFICE ABOUT ANY LEGAL SERVICES PROGRAM IN YOUR AREA.

### CLAIM OF EXEMPTION AND
### REQUEST FOR HEARING

I claim exemptions from garnishment under the following categories as checked:

_____ 1. Head of family wages. (You must check a. or b. below.)

_____ a. I provide more than one-half of the support for a child or other dependent and have net earnings of $500 or less per week.

_____ b. I provide more than one-half of the support for a child or other dependent, have net earnings of more than $500 per week, but have not agreed in writing to have my wages garnished.

_____ 2. Social Security benefits.

_____ 3. Supplemental Security Income benefits.

_____ 4. Public assistance (welfare).

_____ 5. Workers' Compensation.

_____ 6. Unemployment Compensation.

_____ 7. Veterans' benefits.

_____ 8. Retirement or profit-sharing benefits or pension money.

_____ 9. Life insurance benefits or cash surrender value of a life insurance policy or proceeds of annuity contract.

_____ 10. Disability income benefits.

_____ 11. Prepaid College Trust Fund or Medical Savings Account.

_____ 12. Other exemptions as provided by law.

(Explain)_____

3

I request a hearing to decide the validity of my claim. Notice of the hearing should be given to me at:

Address:_____

Telephone number:_____

The statements made in this request are true to the best of my knowledge and belief.

_____          _____
Plaintiff/Judgment Creditor Ramesh Gudur's Signature          Date

STATE OF FLORIDA
COUNTY OF _____

Sworn and subscribed to before me this ____ day of _____, 2007 by Ramesh Gudur.

_____
Notary Public/Deputy Clerk

Personally Known _____ OR Produced Identification _____

Type of Identification Produced _____

4