**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

**UNITED STATES OF AMERICA, ex rel.**
**RAMESH GUDUR,**

      **Plaintiff,**

-vs-                                           Case No.  2:07-mc-31-FtM-DNF

**DELOITTE CONSULTING LLP,**

      **Defendant/Judgement Creditor.**

_____

### ORDER

This cause came on for consideration on the following motion(s) filed herein:

| | |
|---|---|
| **MOTION:** | **EX PARTE MOTION FOR WRIT OF EXECUTION** (Doc. No. 2) |
| **FILED:** | August 22, 2007 |
| **THEREON** it is **ORDERED** that the motion is **GRANTED**. | |

      The Defendant/Judgment Creditor Deloitte Consulting LLP ("Deloitte") is requesting pursuant to Fed.R.Civ.P. 69(a) that the Court direct the Clerk to issue a writ of execution to enforce a Judgment entered in the United States District Court for the Southern District of Texas against Ramesh Gudur. Deloitte obtained a Judgment for costs in the amount of $75,190.57.  Pursuant to Fed.R.Civ.P. 69(a), "[p]rocess to enforce a judgment for the payment of money shall be a writ of execution, unless the court directs otherwise."   The Court will allow the Writ of Execution to issue.  Deloitte provided a proposed Writ of Execution.  For the U.S. Marshal's Service to execute the Writ, the Writ of

Execution must contain a detailed description of the property for execution. Therefore, the Court will require Deloitte to file an Amended Writ of Execution which contains a detailed description of the property.

**IT IS FURTHER ORDERED:**

1) Within five (5) days from the date of this Order, Deloitte shall provide an Amended Writ of Execution with a detailed description of the property.

2) Upon receipt of the Amended Writ of Execution, the Clerk is directed to issue the Amended Writ.

**DONE** and **ORDERED** in Chambers in Ft. Myers, Florida this 27th day of August, 2007.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record