UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

UNITED STATES OF AMERICA,
ex rel. RAMESH GUDUR

           Plaintiff/Judgment Debtor,

v.

DELOITTE CONSULTING LLP

           Defendant/Judgment Creditor.

CASE NO. 2:07-MC-31-FTM-34DNF

Registration & Enforcement of
Other District's Judgment, 28 U.S.C. § 1963

---

**DEFENDANT/JUDGMENT CREDITOR DELOITTE CONSULTING LLP'S
NOTICE OF FILING AMENDED WRIT OF EXECUTION**

Defendant/Judgment Creditor Deloitte Consulting LLP, pursuant to this Court's

Order, dated August 27, 2007 **[D.E. 4]**, hereby gives notice of filing an amended writ of

execution to be issued by the Clerk, which is attached hereto.

Respectfully submitted,

WHITE & CASE LLP
Attorneys for Defendant/Judgment Creditor
Deloitte Consulting LLP
Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2352
Telephone: (305) 371-2700

By:   s/ James N. Robinson
        Rudolph F. Aragon
        Florida Bar No. 286249
        James N. Robinson
        Florida Bar No. 0608858