DC 11
Rev. 7/82

## WRIT OF EXECUTION

| UNITED STATES DISTRICT COURT | DISTRICT Middle District of Florida |
|---|---|

TO THE MARSHAL OF: **The Middle District of Florida**

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

| NAME **Ramesh Gudur**<br>4836 West Boulevard #H<br>Naples, FL 34103 | Property to Seize:<br>2004 Chevrolet Malibu<br>VIN 1G1ZT64864F213337<br>2004 Chrysler Pacifica<br>VIN 2C8GM684X4R546022 |
|---|---|

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT<br>**$75,190.57 (Seventy-Five Thousand One Hundred Ninety and 57/100 Dollars)** | DOLLAR AMOUNT<br>interest from May 14, 2007 at the rate of 4.89%, computed daily<br>and compounded annually, from the date of the judgment -- May 14, 2007 |
|---|---|

in the United States District Court for the **Southern** District of **(corrected from prior version)**
**Texas**,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,
**Ramesh Gudur in the case of U.S. ex rel. Ramesh Gudur v. Deloitte Consulting LLP, H-00-1169**

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE **U.S. Marshal's Office** | DISTRICT **Middle District of Florida** |
|---|---|
| CITY **Ft. Myers, Florida** | DATE |

Witness the Honorable

| DATE | CLERK OF COURT |
|---|---|
|  | (BY) DEPUTY CLERK |

### RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|