# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FT. MYERS DIVISION

**UNITED STATES OF AMERICA, ex rel.**
**RAMESH GUDUR,**

        **Plaintiff,**

-vs-                                          **Case No.  2:07-mc-31-FtM-34DNF**

**DELOITTE CONSULTING LLP,**

        **Defendant/Judgement Creditor.**

_____

## ORDER

This cause came on for consideration on the following motion(s) filed herein:

| | |
|---|---|
| **MOTION:** | **EX PARTE MOTION FOR CONTINUING WRIT OF GARNISHMENT (Doc. No. 3)** |
| **FILED:** | **August 22, 2007** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

The Defendant/Judgment Creditor Deloitte Consulting LLP ("Deloitte") is requesting pursuant to Fed.R.Civ.P. 69(a) that the Court direct the Clerk to issue a continuing writ of garnishment to enforce a Judgment entered in the United States District Court for the Southern District of Texas against Ramesh Gudur.  Deloitte registered the Southern District of Texas' Judgment pursuant to 28 U.S.C. §1963. (See, Doc. 1).   Deloitte obtained a Judgment for costs in the amount of $75,190.57.  The Continuing Writ of Garnishment is directed to the Public Defender of the Twentieth Judicial

-1-

Dockets.Justia.com

Circuit of Florida. Deloitte asserts that the Public Defender is the employer of Ramesh Gudur. The Court will permit the Writ of Garnishment to be issued.

Deloitte also requests that the court waive the requirement that it deposit $100 in the court registry and pay a $3.00 statutory fee that is required under Fla. Stat. §§77.28 and 28.24(10). The Court will waive these state court requirements.

**IT IS FURTHER ORDERED:**

1) The Clerk is directed to issue the Continuing Writ of Garnishment.

2) The requirement that Deloitte pay $100.00 into the registry of the Clerk of Court is waived.

3) The requirement that Deloitte pay a $3.00 statutory fee is waived.

**DONE** and **ORDERED** in Chambers in Ft. Myers, Florida this 28th day of August, 2007.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record