UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

UNITED STATES OF AMERICA,
ex rel. RAMESH GUDUR

    Plaintiff/Judgment Debtor,

v.

DELOITTE CONSULTING LLP

    Defendant/Judgment Creditor.

CASE NO. 2:07-MC-31-FTM-34DNF

Registration & Enforcement of
Other District's Judgment, 28 U.S.C. § 1963

**DEFENDANT/JUDGMENT CREDITOR DELOITTE CONSULTING LLP'S NOTICE OF FILING (1) CONTINUING WRIT OF GARNISHMENT AND (2) NOTICE TO PLAINTIFF/JUDGMENT DEBTOR RAMESH GUDUR OF RIGHT AGAINST GARNISHMENT OF WAGES, MONEY, AND OTHER PROPERTY**

Defendant/Judgment Creditor Deloitte Consulting LLP hereby gives notice of filing (1) the Continuing Writ of Garnishment to be issued by the Clerk; and (2) the Notice to Plaintiff/Judgment Debtor Ramesh Gudur of Right Against Garnishment of Wages, Money, and Other Property to be attached to the issued Writ.

Respectfully submitted,

WHITE & CASE LLP
Attorneys for Defendant/Judgment Creditor
Deloitte Consulting LLP
Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2352
Telephone: (305) 371-2700

By:   s/ James N. Robinson
      Rudolph F. Aragon
      Florida Bar No. 286249
      James N. Robinson
      Florida Bar No. 0608858