DC 11
Rev. 7/82

**FILED**
2007 AUG 30 PM 2: 09
CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT MYERS DIVISION

## WRIT OF EXECUTION

| UNITED STATES DISTRICT COURT | DISTRICT | Middle District of Florida |
|---|---|---|

TO THE MARSHAL OF: **The Middle District of Florida**

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

| NAME | Ramesh Gudur<br>4836 West Boulevard #H<br>Naples, FL 34103 | Property to Seize:<br>2004 Chevrolet Malibu<br>VIN 1G1ZT64864F213337<br>2004 Chrysler Pacifica<br>VIN 2C8GM684X4R546022 |
|---|---|---|

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| $75,190.57 (Seventy-Five Thousand One Hundred Ninety and 57/100 Dollars) | interest from May 14, 2007 at the rate of 4.89%, computed daily and compounded annually, from the date of the judgment — May 14, 2007 |

in the United States District Court for the **Southern** District of **(corrected from prior version)**
**Texas**,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,
**Ramesh Gudur in the case of U.S. ex rel. Ramesh Gudur v. Deloitte Consulting LLP, H-00-1169**

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | U.S. Marshal's Office | DISTRICT | Middle District of Florida |
|---|---|---|---|
| CITY | Ft. Myers, Florida | DATE | |

Witness the Honorable **Douglas N. Frazier, U.S. Magistrate Judge**

| DATE 8/30/07 | CLERK OF COURT Sheryl L. Loesch<br>Clerk of Court |
|---|---|
| | (BY) DEPUTY CLERK [signature] |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|