UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

UNITED STATES OF AMERICA,
ex rel. RAMESH GUDUR

    Plaintiff/Judgment Debtor,

v.

DELOITTE CONSULTING LLP

    Defendant/Judgment Creditor.

CASE NO. 2:07-MC-31-FTM-34DNF

Registration & Enforcement of
Other District's Judgment, 28 U.S.C. § 1963

**DEFENDANT/JUDGMENT CREDITOR DELOITTE CONSULTING LLP'S
CERTIFICATE OF SERVICE OF PAPERS REGARDING
<u>CONTINUING WRIT OF GARNISHMENT</u>**

Defendant/Judgment Creditor Deloitte Consulting LLP ("Deloitte"), pursuant to Fla. Stat. § 77.041(2), hereby certifies that:

    1.    On September 24, 2007, the United States Marshal for this District served Plaintiff/Judgment Debtor Ramesh Gudur's ("Gudur") employer, Robert R. Jacobs, Public Defender for the Twentieth Judicial Circuit of the State of Florida ("Garnishee"), with a Continuing Writ of Garnishment in the above-styled action.

    2.    Promptly after Garnishee was served with the Continuing Writ of Garnishment, Deloitte mailed by first class on September 24, 2007 copies of the following papers in the above-styled action to Gudur at Gudur's last known address, which is 4836 West Boulevard, #H, Naples, Florida 34103:

    (a) the Continuing Writ of Garnishment;

    (b) the Notice to Plaintiff/Judgment Debtor Ramesh Gudur of Right Against
        Garnishment of Wages, Money and Other Property required by Fla. Stat. §

77.041(1);

(c) Deloitte's *Ex Parte* Motion for Continuing Writ of Garnishment with attachments; and

(d) this Court's Order granting Deloitte's *Ex Parte* Motion for Continuing Writ of Garnishment.

Respectfully submitted,

WHITE & CASE LLP
Attorneys for Defendant/Judgment Creditor
Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2352
Telephone: (305) 371-2700

By:   s/ Manuel A. Gomez
      Rudolph F. Aragon
      Florida Bar No. 286249
      Manuel A. Gomez
      Florida Bar No. 18122