FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

2007 OCT 12 PM 1:44

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT MYERS DIVISION

UNITED STATES OF AMERICA,
ex rel. RAMESH GUDUR

Plaintiff/Judgment Debtor,

v.

DELOITTE CONSULTING LLP

Defendant/Judgment Creditor.

CASE NO. 2:07-MC-31-FTM-34DNF

Registration & Enforcement of
Other District's Judgment, 28 U.S.C. § 1963

## CLAIM OF EXEMPTION AND REQUEST FOR HEARING

I claim exemptions from garnishment under the following categories as checked:

____ 1. Head of family wages. (You must check a. or b. below.)

____ a. I provide more than one-half of the support for a child or other dependent and have net earnings of $500 or less per week.

✓ b. I provide more than one-half of the support for a child or other dependent, have net earnings of more than $500 per week, but have not agreed in writing to have my wages garnished.

____ 2. Social Security benefits.

____ 3. Supplemental Security Income benefits.

____ 4. Public assistance (welfare).

____ 5. Workers' Compensation.

____ 6. Unemployment Compensation.

____ 7. Veterans' benefits.

____ 8. Retirement or profit-sharing benefits or pension money.

____ 9. Life insurance benefits or cash surrender value of a life insurance policy or proceeds of annuity contract.

____ 10. Disability income benefits.

____ 11. Prepaid College Trust Fund or Medical Savings Account.

✓ 12. Other exemptions as provided by law.
(Explain) _____Case is in appeal_____

3

I request a hearing to decide the validity of my claim. Notice of the hearing should be given to me at:

Address: RAMESH GUDUR, Public Defender, 2660 Airport Road S.
NAPLES FL 34112
Telephone number: 239 297 2109

The statements made in this request are true to the best of my knowledge and belief.

_____   10/12/07
Plaintiff/Judgment Creditor Ramesh Gudur's Signature   Date

STATE OF FLORIDA
COUNTY OF COLLIER

Sworn and subscribed to before me this 12 day of OCTOBER, 2007 by Ramesh Gudur.

_____
Notary Public/Deputy Clerk

Personally Known ✓ OR Produced Identification _____

Type of Identification Produced _____



**Michael E. DeForge**
Commission # DD527017
Expires May 19, 2010
Bonded Troy Fain - Insurance, Inc 800-385-7019